This document has been stricken due to a clerical error.